# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3823

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of Minnesota. |
| | * | |
| Lorenzo Rivera Reyes, | * | **[UNPUBLISHED]** |
| | * | |
| Appellant. | * | |

_____

Submitted: July 23, 2002
Filed: July 26, 2002

_____

Before LOKEN, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

After he was convicted of drug-trafficking and money-laundering conspiracies, Lorenzo Rivera Reyes was sentenced to seventy-eight months in prison and four years supervised release. He appeals the district court's[1] denial of his pretrial motion to suppress evidence seized from his home pursuant to a search warrant.

---

[1]The HONORABLE ANN D. MONTGOMERY, United States District Judge for the District of Minnesota, adopting the report and recommendations of the HONORABLE ARTHUR J. BOYLAN, United States Magistrate Judge for the District of Minnesota.

Having carefully reviewed the record and the parties' submissions on appeal, we agree with the district court that the warrant to search Reyes's residence in Brownsville, Texas, was based upon a sufficient showing of probable cause and, alternatively, that the subsequent warrant search was valid under the good faith rule of <u>United States v. Leon</u>, 468 U.S. 897 (1984). Accordingly, Reyes's suppression motion was properly denied. <u>See</u> <u>United States v. Smith</u>, 266 F.3d 902, 904 (8th Cir. 2001) (standard of review).

The judgment of the district court is affirmed. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.